**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6181**

ANTWAN BENTHALL,

Plaintiff - Appellant,

v.

MCKAY, (First Name Unknown) Mr.; Kitchen Manager,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:08-cv-01250-TSE-TRJ)

Submitted:  May 21, 2009                Decided:  May 29, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antwan Benthall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Benthall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Benthall v. McKay, No. 1:08-cv-01250-TSE-TRJ (E.D. Va. filed Dec. 29, 2008, entered Dec. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED